To Whom It May Concern,

This document contains some
pages that are of poor quality
at the time of imaging.

32,567-01, 02

7-6-15

I wrote previously to my conviction court requesting for the cause number for the 11.07 Habeas Corpus I filed on or around the year 1996. Do you have the cause number or any record of the 11.07 being filed to yall. If so could you please forward me the aforementioned cause number. I am in the process of refiling another 11.07 Habeas Corpus but I need that cause number off the 11.07 I filed back in 1996. I really appreciate your cooperation.

Sincerely
Jimmy Ray Harper #734613
D.L. Luther Unit
1800 Luther Drive
Navasota Tx 77868.

CC: File

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 10 2015
Abel Acosta, Clerk